FILED CIV-24-1350-G

DEC 26 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Anthony
Nelson
#785225
12-18-24

Hello, Mr. Holloway my name is Anthony Nelson DOC 785225 I'm at OSP Oklahoma State Penitentiary 6 months ago I was at Allen Gamble I had a total of $400.00 dollars stolen off my trust fund account I arrived at Allen Gamble on 6-7-24 I got my jaw fractured on 6-21-24 on Friday I was in pod Ee in cell 127 my celly broke my jaw and stolen my Securus tablet it was fake disbursement wrote in my name to Securus $20, $20 and 60 when I got my jaw fractured I went to main medical in suicide watch I was in cell 6,1 and 3 it was also $300.00 stolen off my books the name is Lori Ketcher I'm tryin to file a law sue on Holdenville for let the C.O and the inmate rubber me for my money so help me