UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1350-G |
| | ) |
| ALLEN GAMBLE CORRECTIONAL | ) |
| CENTER et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Anthony Nelson, a state prisoner, filed this action seeking the return of funds he alleges were stolen from his inmate trust account while he was in custody at the Allen Gamble Correctional Facility in Holdenville, Oklahoma. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

Judge Mitchell issued a Report and Recommendation recommending that this case be dismissed without prejudice due to improper venue. *See* R. & R. (Doc. No. 4) at 1, 5. In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object by January 21, 2025. *See id.* at 4. Judge Mitchell further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.*

Plaintiff has since filed a letter that elaborates on the claims in his Complaint and addresses other issues. *See* Doc. No. 5. Even liberally construed, Plaintiff's filing does

not present any objection to Judge Mitchell's findings and cannot reasonably be considered an objection to the Report and Recommendation.

## CONCLUSION

Therefore, the Report and Recommendation (Doc. No. 4) is ADOPTED in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. A separate judgment shall be entered.

IT IS SO ORDERED this 11th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge